## CAHILL GORDON & REINDEL LLP
### EIGHTY PINE STREET
### NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| FLOYD ABRAMS | CIRO A. GAMBONI | TELEPHONE: (212) 701-3000 | JOEL H. LEVITIN | JOHN SCHUSTER |
| L. HOWARD ADAMS | WILLIAM B. GANNETT | FACSIMILE: (212) 269-5420 | GEOFFREY E. LIEBMANN | MICHAEL A. SHERMAN |
| ROBERT A. ALESSI | CHARLES A. GILMAN | | ANN S. MAKICH | DARREN SILVER |
| HELENE R. BANKS | STEPHEN A. GREENE | | JONATHAN I. MARK | HOWARD G. SLOANE |
| ANIRUDH BANSAL | JASON M. HALL | 1990 K STREET, N.W. | BRIAN T. MARKLEY | JOSIAH M. SLOTNICK |
| LANDIS C. BEST | WILLIAM M. HARTNETT | WASHINGTON, DC 20006-1181 | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. |
| SUSAN BUCKLEY | CRAIG M. HOROWITZ | (202) 862-8900 | NOAH B. NEWITZ | SUSANNA M. SUH |
| KEVIN J. BURKE | DOUGLAS S. HOROWITZ | FAX: (202) 862-8958 | MICHAEL J. OHLER | ANTHONY K. TAMA |
| JAMES J. CLARK | TIMOTHY B. HOWELL | | ATHY A. O'KEEFFE | JONATHAN D. THIER |
| BENJAMIN J. COHEN | DAVID G. JANUSZEWSKI | | DAVID R. OWEN | JOHN A. TRIPODORO |
| SEAN M. DAVIS | ELAI KATZ | AUGUSTINE HOUSE | JOHN PAPACHRISTOS | GLENN J. WALDRIP, JR. |
| STUART G. DOWNING | THOMAS J. KAVALER | 6A AUSTIN FRIARS | LUIS R. PENALVER | HERBERT S. WASHER |
| ADAM M. DWORKIN | BRIAN S. KELLEHER | LONDON, ENGLAND EC2N 2HA | KIMBERLY PETILLO-DÉCOSSARD | MICHAEL B. WEISS |
| ANASTASIA EFIMOVA | DAVID N. KELLEY | (011) 44.20.7920.9800 | DEAN RINGEL | S. PENNY WINDLE |
| JENNIFER B. EZRING | CHÉRIE R. KISER* | FAX: (011) 44.20.7920.9825 | JAMES ROBINSON | DAVID WISHENGRAD |
| JOAN MURTAGH FRANKEL | EDWARD P. KRUGMAN | | THORN ROSENTHAL | COREY WRIGHT |
| JONATHAN J. FRANKEL | JOEL KURTZBERG | | TAMMY L. ROY | DANIEL J. ZUBKOFF |
| BART FRIEDMAN | ALIZA R. LEVINE | WRITER'S DIRECT NUMBER | JONATHAN A. SCHAFFZIN | ADAM ZUROFSKY |

(212) 701-3403

*ADMITTED IN DC ONLY

June 25, 2014

Re:   *In re Deutsche Bank AG Securities Litigation*, No. 13-2364

Dear Ms. Wolfe:

Pursuant to Fed. R. App. P. 28(j), Appellees respectfully submit this response to Appellants' June 24 letter.

Appellants' reliance on the United States' amicus brief in *Omnicare v. Laborers District Council*, No. 13-435, in the Supreme Court is misplaced.

In *Omnicare*, the Supreme Court granted *certiorari* to review a decision of the Sixth Circuit, the only appellate decision to disagree with this Court's decision in *Fait v. Regions Financial Corp.*, 655 F.3d 105 (2d Cir. 2011), and similar decisions by the Third and Ninth Circuits.

First, Appellants misstate the SEC's position. The SEC argued that the Sixth Circuit erred "in holding that a statement of opinion is actionably false whenever it is ultimately determined to be wrong" and urged the Court to vacate and remand. U.S. Br. at 10.

Second, Appellants fail to acknowledge that, at the time they amended their complaint, the governing law in this Circuit was – and continues to be – this Court's decision in *Fait*. Since *Fait*, no less than four decisions of this Court have followed *Fait*, and all support affirmance here. Appellees' Br. at 2 and 20 n.17. There was no uncertainty in the law of this Circuit, and it is telling that at no time before the District Court did Appellants advance the arguments made or authorities cited by the SEC.

Third, we respectfully submit that the *Omnicare* brief – which does not acknowledge or address *Fait* or any of the subsequent decisions of this Court – should carry no weight with respect

CAHILL GORDON & REINDEL LLP

to the issues before this Court on this appeal. It is not "authority" within the meaning of Rule 28(j). The law of this Circuit requires affirmance.

Finally, Appellants' reliance on *Williams* v. *Citigroup Inc.*, 659 F.3d 208 (2d Cir. 2011), remains misplaced. Unlike in *Williams*, the District Court here expressly found that Appellants' further amendment "would be futile" (JA-409) in light of plaintiffs' repeated disclaimers of any allegations of intentional, knowing or reckless misconduct.

Respectfully,

*Charles A Gilman (DCJ)*

Charles A. Gilman

The Honorable Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals
   for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

BY ELECTRONIC FILING

cc:    All counsel via ECF